IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-651-FL

| | |
|---|---|
| LUPE BERNARD,<br><br>        Plaintiff<br><br>v.<br><br>MICHELLE KING[1],<br>Acting Commissioner of<br> Social Security,<br><br>        Defendant. | DEFENDANT'S ORDER TO<br>MOTION FOR<br>42 U.S.C. § 406(b) FEES |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this <u>11th</u> day of <u>February</u>, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Derrick K. Arrowood, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $<u>28,000.00</u> (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees she previously received und the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).